**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    v.                                                                       CASE NO. 3:07cr81/RV

BYRON TODD HAMRICK
_____/

**ORDER**

       I have granted defendant Byron Todd Hamrick's motion for a mental examination with respect to a proposed defense under Rule 12.2 of the Federal Rules of Criminal Procedure and his competency to stand trial. The defendant has symptoms that raise a serious question as to his mental condition now and at the time of the offense charged in this case. The Government has also moved for an examination under Rule 12.2(c) and Title 18, United States Code, Sections 4241, 4242, and 4247(b), (c). (Doc. 28) I conclude that it is in the best interests of all concerned that the examination of the defendant be conducted by a mental health facility of the Bureau of Prisons. Accordingly, the defendant shall be committed forthwith to the custody of the Attorney General for placement in a suitable facility for examination by a team of qualified psychologists respecting his mental condition as discussed herein.

       Such facility shall be provided a copy of the charges against the defendant and a copy of this order, and shall determine whether, in its opinion, this defendant is able to understand the proceedings against him and to properly assist in his own defense at the trial of this case.

       In making such determination such facility shall advise this Court whether this

defendant has a rational, we well as factual, understanding to the proceedings against him, and has sufficient present mental ability to consult with defense counsel with a reasonable degree of rational understanding.

Additionally, and because this case raises inherent questions as to the defendant's sanity at the time of the alleged offenses, the facility is requested to determine the defendant's competency at the time of the charged offenses.

In accordance with Title 18, United States Code, Section 4247(c), such facility is directed to furnish to this Court a written report and evaluation of the examination directed herein (with copies to counsel for the defendant and the attorney for the Government) as soon after the examination as is practical, and in no event later than forty-five (45) days after the date of this order, unless on the facility's request, such time is extended by the Court.

At the conclusion of such examination, the defendant, Byron Todd Hamrick, shall be returned to the custody of the United States Marshal for redelivery to this district.

DONE AND ORDERED this 27th day of June, 2007.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**

2