**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                    Case No. 3:07cr81/RV

**BYRON TODD HAMRICK**

_____/

## AMENDMENT TO ORDER SETTING TRIAL

**IT IS ORDERED** that sections A(1) and E of the order of this Court entered on May 22, 2007, shall be amended as follows:

A(1)   This case shall be tried during the jury term commencing **Tuesday, September 11, 2007,** with jury selection at 9:00 a.m.

E.   No plea bargaining agreement permitted by this Court will be approved unless such agreement is effected on or before Tuesday, September 4, 2007, with such plea presented to the Court for its action at arraignment no later than **Wednesday, September 5, at 9:00 a.m.,** in Pensacola, Florida.

In all other respects, this Court's order of May 22, 2007, remains in full force and effect.

**DONE AND ORDERED** this 27th day of June, 2007.

                                          _/s/Roger Vinson_
                                          **ROGER VINSON
                                          Senior U. S. District Judge**