IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                    Case No. 3:07cr81/RV

BYRON TODD HAMRICK,

_____/

## ACCEPTANCE OF PLEA OF GUILTY AND FINDING OF COMPETENCE

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, BYRON TODD HAMRICK, to Counts One through Four of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

Additionally, pursuant to the same recommendation, the court finds that Defendant is <u>not</u> presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**DONE and ORDERED** this 22nd day of October 2007.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**